# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OPS 2, LLC, | Case No.: 2:08-cv-00967-RLH-VCF |
| Plaintiff, | **O R D E R** |
| vs. | (Objection to Magistrate Judge's Order–#107) |
| COUNTY OF CLARK, EX REL. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | |

Before the Court is an Order (#106) entered by the Honorable Cam Ferenbach, Magistrate Judge, regarding Plaintiff OPS 2's Motion to Exclude Testimony and Opinions of Defendant's Expert..

Defendant County of Clark, *ex rel.*, University Medical Center ("UMC") filed Objections to Magistrate Judge Ferenbach's Order (#106) in accordance with Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada. OPS 2 filed a Response (#111) to the Objections, and this matter was referred for consideration.

/

/

The Court has conducted a de novo review of the record in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order (#106) is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Order (#106) is AFFIRMED, UMC's Objections are overruled, and OPS 2's Motion to Exclude Testimony and Opinions of Defendant's Expert (#98) is GRANTED.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that UMC's Objection (#107) is DENIED.

Dated: March 23, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**