**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| OPS 2, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, EX REL.<br>UNIVERSITY MEDICAL CENTER OF<br>SOUTHERN NEVADA,<br><br>　　　　　　Defendant. | Case No.: 2:08-cv-00967-RLH-VCF |

**JUDGMENT**

The Court, having made its Findings of Fact and Conclusions of Law, it is hereby ORDERED, ADJUDGED, and DECREED, the Court finds in favor of Defendant County of Clark *ex rel.* University Medical Center of Southern Nevada and against Plaintiff OPS 2, LLC, and that OPS 2, LLC take nothing by way of its Complaint.

Dated: May 9, 2012

_____
**ROGER L. HUNT
United States District Judge**

AO 72
(Rev. 8/82)