# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OPS 2, LLC, )<br>)<br>  Plaintiff, )<br>)<br> vs. )<br>)<br>COUNTY OF CLARK, EX REL. )<br>UNIVERSITY MEDICAL CENTER OF )<br>SOUTHERN NEVADA, )<br>)<br>  Defendant. )<br>_____ ) | Case No.: 2:08-cv-00967-RLH-VCF |

## JUDGMENT

The Court, having made its Findings of Fact and Conclusions of Law, it is hereby ORDERED, ADJUDGED, and DECREED, the Court finds in favor of Defendant County of Clark *ex rel*. University Medical Center of Southern Nevada and against Plaintiff OPS 2, LLC, and that OPS 2, LLC take nothing by way of its Complaint.

Dated: May 9, 2012

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)

1