UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | |
|---|---|
| OPS 2 LLC,<br><br>        Plaintiff(s),<br><br>vs.<br><br>COUNTY OF CLARK,<br><br>        Defendant(s). | 2:08-cv-967 RLH |

### ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: August 13, 2013

U.S. DISTRICT JUDGE